IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD E. DAY, JR., <br> Plaintiff, | ) <br> ) <br> ) |
| v. | ) Civil Action No. 09-828 <br> ) |
| DIOCESE OF GREENSBURG, ET AL., <br> Defendants. | ) <br> ) |

ORDER

AND NOW, this 5th day of November, 2009, IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action No. 09-1460 is consolidated with Civil Action No. 09-828 the lead case captioned above.

2. All pleadings, motions, and other papers hereafter filed shall be filed at Civil Action No. 09-828.

3. The Clerk of Court shall close Civil Action No. 09-1460.

BY THE COURT:

_____ J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: Hon. Robert C. Mitchell,
United States Magistrate Judge

All Parties of Record