IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

EDWARD DAY, JR.,                          )
                    Plaintiff,            )
                                          )
            vs                            )    Civil Action No. 09-828
                                          )
THE ROMAN ARCHDIOCESE OF                  )
GREENSBURG, et al.,                       )
                    Defendants.           )

O R D E R

AND NOW, this 13th day of July, 2010, after the plaintiff filed a

complaint in the above-captioned consolidated action, and after the defendants moved to dismiss

the complaint with prejudice on grounds that the plaintiff's allegation of poverty contained in his

application to proceed in forma pauperis was untrue, and after a Report and Recommendation

was issued by the United States Magistrate Judge, and the parties were accorded a time period in

which to file written objections thereto, and upon consideration of the objections filed by the

plaintiff, as well as the defendants' response to those objections, and upon independent review of

the pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the

opinion of the Court,

    IT IS ORDERED that the defendants' motion to dismiss this action with prejudice

pursuant to 28 U.S.C. § 1915(e)(2)(A) (Document No. 27) is granted, and that Civil Action 09-

1460, which is consolidated with this case, also is dismissed with prejudice pursuant to 28 U.S.C.

§ 1915(e)(2)(A).

_____
United States District Judge