# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD DAY, on behalf of his minor children, Edward Day, Jr. and Travis Day, Plaintiff, | : : : : | Civil Action No. 09-54 |
| v. | : | ELECTRONICALLY FILED |
| GREENSBURG CENTRAL CATHOLIC, Defendant. | : : : | |

| | | |
|---|---|---|
| EDWARD DAY, JR., Plaintiff, | : : | Civil Action No. 09-828 |
| v. | : : | |
| THE ROMAN ARCHDIOCESE OF GREENSBURG, Defendant. | : : : : | ELECTRONICALLY FILED |

| | | |
|---|---|---|
| EDWARD DAY, JR., Plaintiff, | : : | Consolidated Civil Action No. 09-828 (formerly pending at No. 09-1460) |
| v. | : : | |
| DIOCESE OF GREENSBURG and GREENSBURG CENTRAL CATHOLIC HIGH SCHOOL, Defendants. | : : : : | ELECTRONICALLY FILED |

## ORDER

AND NOW, this 24th day of _AUGUST_, 2010, upon consideration of the Motion for Admission Pro Hac Vice of Amy R. Guerin, it is hereby ORDERED that said Motion is GRANTED. Attorney Guerin is admitted Pro Hac Vice as counsel for Defendants, Greensburg Central Catholic High School and the Diocese of Greensburg.

BY THE COURT:

_Gary L. Lancaster_
_____
J.